UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TIMOTHY TODD WILCOX, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 07-144-B-W |
| | ) |
| MAINE DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants | ) |

**O R D E R**

Plaintiff has filed a Complaint pursuant to 42 U.S.C. § 1983. He has neither paid the $350.00 filing fee nor filed an application to proceed in forma pauperis. See 28 U.S.C. § 1915(a)(2) ("A prisoner seeking to bring a civil action ... without prepayment of fees or security therefore, in addition to filing the affidavit...<u>shall submit a certified copy of the trust fund account statement</u> (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint ... <u>obtained from the appropriate official</u> of each prison at which [he] is or was confined") (emphasis added).

The Clerk is hereby directed to forward a form Application to Proceed In Forma Pauperis, incorporating the amendments, to the Plaintiff. Plaintiff is hereby ORDERED to file an the Application to Proceed In Forma Pauperis, or pay the filing fee of $350, no later than October 19, 2007, failing which I will issue a recommendation that this matter be dismissed for lack of prosecution.

*SO ORDERED*

September 25, 2007                           /s/ Margaret J. Kravchuk
                                             U.S. Magistrate Judge